UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO QUINTANAR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | No. 1:18-cv-01403-DAD-SKO<br><br>ORDER GRANTING PARTIES' STIPULATION TO STAY ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS<br><br>(Doc. No. 6) |

Pursuant to the parties' stipulation (Doc. No. 6), it is hereby ordered that:

1. The present action shall be stayed pending resolution of related criminal proceedings pending in state court;
2. The deadline for defendants to file a responsive pleading to plaintiff's complaint shall be sixty (60) days after the stay is lifted;
3. The initial scheduling conference set for January 24, 2019, at 9:45 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto shall be vacated and reset as soon as practicable after the parties notify the court that the criminal proceedings have been resolved; and

/////

/////

4. The parties shall file a status report no later than March 27, 2019, and then every 90 days thereafter while this stay is in effect, informing the court of the status of the related criminal proceedings and whether a continuation of the stay is necessary.

IT IS SO ORDERED.

Dated: **January 2, 2019**

_____
UNITED STATES DISTRICT JUDGE