J. Gary Gwilliam, Esq. (State Bar No. 33430)
Robert J. Schwartz, Esq. (State Bar No. 254778)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
       rschwartz@giccb.com

Attorneys for Plaintiff
EDUARDO QUINTANAR, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO QUINTANAR, JR., | Case No. 1:18-cv-01403-TLN-BAM |
| Plaintiffs, | **STIPULATION AND ORDER TO RESCHEDULE HEARING REGARDING DEFENDANTS CITY OF MODESTO AND JON EVERS' MOTION TO DISMISS** |
| vs. | |
| COUNTY OF STANISLAUS, CITY OF MODESTO, STANISLAUS COUNTY DISTRICT ATTORNEY BIRGIT FLADAGER, STANISLAUS COUNTY DEPUTY DISTRICT ATTORNEY MARLISSA FERREIRA, STANISLAUS COUNTY DISTRICT ATTORNEY INVESTIGATOR KIRK BUNCH, STANISLAUS COUNTY DISTRICT ATTORNEY INVESTIGATOR STEVE JACOBSEN, MODESTO POLICE DEPARTMENT DETECTIVE JON EVERS, STANISLAUS COUNTY SHERIFF DETECTIVE CORY BROWN, STANISLAUS COUNTY SHERIFF DETECTIVE LLOYD MACKINNON, and DOES 1-10, inclusive, | |
| Defendants. | |

1    Plaintiff EDUARDO QUINTANAR, JR. ("Plaintiff") and defendants CITY OF
2 MODESTO and JON EVERS, ("Defendants") through their respective counsel, hereby agree
3 and stipulate as follows:
4    1.   WHEREAS Plaintiff filed the complaint [Document 1] in this action on October
5 11, 2018.
6    2.   WHEREAS Plaintiff filed his First Amended Complaint [Document 24] on June
7 9, 2020.
8    3.   WHEREAS Defendants Cory Brown, Kirk Bunch, County of Stanislaus, Marlissa
9 Ferreira, Birgit Fladager, David Harris and Steve Jacobsen filed a Motion to Dismiss Plaintiff's
10 First Amended Complaint [Document 29] on June 23, 2020. The hearing date for the motion is
11 set for August 6, 2020 at 2:00 p.m. in in Courtroom 2 (TLN) before District Judge Troy L.
12 Nunley.
13    4.   WHEREAS Defendants City of Modesto and Jon Evers filed a Motion to Dismiss
14 Plaintiff's Complaint in its entirety [Document 30] on June 23, 2020. The hearing date for the
15 motion is set for July 23, 2020 at 2:00 p.m. in Courtroom 2 (TLN) before District Judge Troy L
16 Nunley.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5. WHEREAS Plaintiff and Defendants City of Modesto and Jon Evers have agreed that it would be more convenient for the court to hear both motions on the same day and hereby stipulate to have Modesto's Motion to Dismiss heard on the same day as Stanislaus County's Motion to Dismiss. It is therefore stipulated and agreed that both motions can be heard by the court on August 6, 2020 at 2:00 p.m. Pursuant to local rules, oppositions will be due July 23, 2020 and any replies due July 30, 2020.

IT IS SO STIPULATED.

DATE: July 7, 2020                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ Jayme L. Walker
J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Attorneys for Plaintiff
EDUARDO QUINTANAR, JR.

DATE: July 7, 2020                    MEYERS NAVE RIBACK SILVER & WILSON

/s/ Robert G. Davis (As authorized 7/6/2020)
David Mehretu
Robert G. Davis
Attorneys for Defendants
CITY OF MODESTO AND JON EVERS

## ORDER

**IT IS SO ORDERED.**

1. Pursuant to the Parties' stipulation, Defendants City of Modesto and Jon Evers' Motion to Dismiss will be heard at the same time as the other Defendants County of Stanislaus et al.'s Motion to Dismiss on August 6, 2020 at 2:00 pm.

2. Oppositions due July 23, 2020 and replies due July 30, 2020

Dated: July 7, 2020

Troy L. Nunley
United States District Judge