UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL, et al., | Case No. 1:15-cv-00311-TLN-BAM |
| Plaintiffs, | **ORDER SETTING DEADLINE FOR COMPLETION OF NON-EXPERT DISCOVERY** |
| v. | |
| COUNTY OF STANISLAUS, et al., | **ORDER SETTING FURTHER STATUS/SCHEDULING CONFERENCE** |
| Defendants. | |
| _____ | Case No. 1:18-cv-00496-TLN-BAM |
| GEORGIA DEFILIPPO, et al., | |
| Plaintiffs, | |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |
| _____ | Case No. 1:18-cv-01403-TLN-BAM |
| EDUARDO QUINTANAR, JR., | |
| Plaintiff, | |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

| | |
|---|---|
| FRANK CARSON, | Case No. 1:20-cv-00747-TLN-BAM |
| Plaintiff, | |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |
| _____ | |
| WALTER W. WELLS, et al., | Case No. 1:20-cv-00770-TLN-BAM |
| Plaintiffs, | |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

The above related actions arise out of the investigation into the murder of Korey Kauffman and the prosecution of criminal charges against each of the individual plaintiffs. The actions have been consolidated for the purposes of discovery.

On December 7, 2020, the Court held a further telephonic status conference to address the scheduling of discovery deadlines in these related actions. Counsel Arturo Gonzalez and Robert Sandoval appeared by telephone on behalf of Plaintiffs Baljit Athwal, Daljit Atwal, and Karan Inc. and Plaintiffs Walter Wells and Scott McFarlane. Counsel Jayme Walker appeared by telephone on behalf of Plaintiffs Georgia DeFilippo and Christina DeFilippo, Plaintiffs Estate of Frank Carson and Georgia DeFilippo, as an individual and as successor in interest to Frank Carson, and Plaintiff Eduardo Quintanar, Jr. Counsel John Whitefleet appeared by telephone on behalf of Defendants County of Stanislaus, Stanislaus County Office of the District Attorney, Dale Lingerfelt, Kirk Bunch, Steve Jacobson, Birgit Fladager, Marlissa Ferreira, Cory Brown and David Harris. Counsel Amanda Heitlinger appeared by telephone on behalf of Defendants City of Turlock, City of Ceres, Timothy Redd and Derek Perry. Counsel Patrick Moriarty appeared by telephone on behalf of Defendants City of Modesto, Jon Evers and Galen Carroll. Counsel T. J.

1  Stephens appeared by telephone on behalf of Defendant Paul Edward Jones.

2  As agreed at the conference, and in the interests of judicial and party economy, all
3  discovery in the related actions, with the exception of expert discovery, shall be completed no
4  later than **two hundred forty (240) days** from the date upon which the last answer in the related
5  cases may be filed with the Court pursuant to the Federal Rules of Civil Procedure.  In this
6  context, "completed" means that all discovery shall have been conducted so that all depositions
7  have been taken and any disputes relative to discovery shall have been resolved by appropriate
8  order if necessary, and where discovery has been ordered, the order has been obeyed. All motions
9  to compel discovery must be noticed on the undersigned magistrate judge's calendar in
10 accordance with the Local Rules.

11 The Court sets a further status/scheduling conference on **April 6, 2021, at 9:00 AM in**
12 **Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the
13 conference is to address the status of discovery and the scheduling of expert discovery deadlines.
14 The parties shall appear at the conference with each party connecting remotely either via Zoom
15 video conference or Zoom telephone number.  The parties shall be provided with the Zoom ID
16 and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and
17 password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

19   Dated:   **December 7, 2020**              /s/ *Barbara A. McAuliffe*  _
20                                              UNITED STATES MAGISTRATE JUDGE

3