J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
Angelina M. Austin, Esq. (SBN 336250)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com; aaustin@giccb.com

Attorneys for Plaintiffs
ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; &
EDUARDO QUINTANAR, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:20-CV-00747-TLN-BAM<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS**<br><br>Related to:<br>1:15-cv-00311-TLN-BAM (Athwal)<br>1:20-cv-00770-TLN-BAM (Wells/McFarlane) |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al. | Case No. 1:18-cv-00496-TLN-BAM |

JOINT STIP. AND ORDER TO CONT. OPP. AND REPLY DATES IN CONNECTION WITH DEFS' MTDs

1

CASE NO. 1:20-CV-00747-TLN-BAM
CASE NO. 1:18-CV-00496-TLN-BAM
CASE NO. 1:18-CV-01403-TLN-BAM

Defendants.

EDUARDO QUINTANAR, JR.,

   Plaintiff,

vs.

COUNTY OF STANISLAUS, et al.

   Defendants.

Case No. 1:18-cv-01403-TLN-BAM

On November 13, 2020, the Honorable Judge Nunley consolidated this matter with related cases *DeFilippo, et al v. Stanislaus et al*, USDC No. 1:18-cv-00496; *Quintanar v. Stanislaus, et al*, USDC No. 1:18-cv-01403; *Wells, et al v. Stanislau,s et al*, USDC No. 1:20-cv-00770; and *Athwal, et al v. Stanislaus et* al USDC No. 1:15-cv-0031, for discovery purposes (Docket #23 of *Carson, et al.*). The parties in these matters filed a stipulation and proposed order continuing the respective opposition and reply dates in relation to the Defendants' Motions to Dismiss, in related case *Athwal et al v. Stanislaus et al*, USDC No. 1:15-cv-0031 (Docket #175). That stipulation, attached here as **Exhibit A**, is a true and accurate copy of the parties' Joint Stipulation and Proposed order to continue dates in all of the related cases.

DATE: February 1, 2022      GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ *Angelina M. Austin*

J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Angelina m. Austin
Attorneys for Plaintiff
FRANK CARSON

---

JOINT STIP. AND ORDER TO CONT. OPP. AND REPLY DATES IN CONNECTION WITH DEFS' MTDs    2    CASE NO. 1:20-CV-00747-TLN-BAM
CASE NO. 1:18-CV-00496-TLN-BAM
CASE NO. 1:18-CV-01403-TLN-BAM

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

# Exhibit A

ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS
and SCOTT McFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANILSAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL;<br><br>Defendants. | Case No. 1:15-cv-00311-TLN-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hon. Troy L. Nunley<br><br>Trial: None Set<br><br>Related to:<br>CASE NO. 1:20-CV-00770-TLN-BAM<br>CASE NO. 1:20-CV-00747-TLN-BAM<br>CASE NO. 1:18-cv-00496-TLN-BAM<br>CASE NO. 1:18-cv-01403-TLN-BAM |
| WALTER W. WELLS and SCOTT MCFARLANE<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:20-cv-00770-TLN-BAM |

STIPULATION & [PROPOSED] ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 1:15-CV-00311-TLN-BAM
sf-4684591

| | | |
|---|---|---|
| 1 | FRANK CARSON, | Case No. 1:20-cv-00747-TLN-BAM |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DEREK PERRY, and DOES 1-25, inclusive, | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO | Case No. 1:18-cv-00496-TLN-BAM |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | COUNTY OF STANISLAUS, ET AL. | |
| 13 | Defendants. | |
| 14 | EDUARDO QUINTANAR, JR., | Case No. 1:18-cv-01403-TLN-BAM |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | COUNTY OF STANISLAUS, ET AL. | |
| | Defendants. | |

Defendants COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; GALEN CARROL; FROLIAN MARISCAL; LLOYD MCKINNON; GREG JONES; KENNETH BARRINGER; GALEN CARROLL; FRANK NAVARRO; and TIMOTHY REDD ("Defendants") and Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; BALJIT ATHWAL; DALJIT ATHWAL; WALTER WELLS; and SCOTT MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS Plaintiffs have been served with multiple separate motions to dismiss;

2. WHEREAS Plaintiffs would like additional time to confer with Defendants and possibly dismiss certain claims against certain Defendants;

3. All parties agree that the deadline for opposing Defendants' motions to dismiss be continued to April 11, 2022;

4. Defendants' reply briefs shall be filed no later than May 26, 2022.

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | April 11, 2022 |
| Defendants' Replies (if any) | May 26, 2022 |
| Proposed hearing date | June 9, 2022 at 2 p.m. |

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: February 1, 2022 | ARTURO J. GONZÁLEZ<br>JESSICA L. GRANT<br>MATTHEW CHIVVIS<br>ROBERT S. SANDOVAL<br>MEREDITH L. ANGUEIRA<br>MORRISON & FOERSTER LLP |

By:  /s/ Arturo J. González
     ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL, WALTER WELLS, AND SCOTT MCFARLANE

Dated: February 1, 2022

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By:  */s/ Patrick Moriarty
     DALE L. ALLEN, JR.
     PATRICK D. MORIARTY
     JOHN B. ROBINSON

Attorneys for Defendants
CITY OF MODESTO, JON EVERS, and GALLEN CARROLL

Dated: February 1, 2022

GWILLIAM, IVARY, CHIOSSO, CAVALLI &BREWER

By:  */s/ Angelina Austin
     J. Gary Gwilliam
     Randall E. Strauss
     Jayme L. Walker
     Angelina M. Austin

Attorneys for Plaintiffs
ESTATE OF FRANK CARSON, GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

Dated: February 1, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/ John Whitefleet*
John R. Whitefleet

Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER

Dated: February 1, 2022

ARATA SWINGLE VAN EGMOND & HEITLINGER

By: */s/ Bradley Swingle*
Bradley J. Swingle

Attorneys for Defendants
CITY OF TURLOCK, CITY OF CERES, FRANK NAVARRO, AND TIMOTHY REDD

\* *Parties have consented to use of their electronic signature.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties:

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | April 11, 2022 |
| Defendants' Replies (if any) | May 26, 2022 |
| Proposed hearing date | June 9, 2022 at 2 p.m. |

IT IS SO ORDERED.

Dated: _____, 2022         By: _____
                                          District Judge Troy L. Nunley

# ORDER

Pursuant to the stipulation of the parties:

The briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | April 11, 2022 |
| Defendants' Replies (if any) | May 26, 2022 |
| Hearing date | **June 16, 2022, at 2 p.m.** |

IT IS SO ORDERED.

Dated: February 1, 2022

Troy L. Nunley
United States District Judge

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

ORDER TO CONT. OPP. AND REPLY DATES IN CONNECTION WITH DEFS' MTDS

1

CASE NO. 1:20-CV-00747-TLN-BAM
CASE NO. 1:18-CV-00496-TLN-BAM
CASE NO. 1:18-CV-01403-TLN-BAM