J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
Angelina M. Austin, Esq. (State Bar No. 336250)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com, aaustin@giccb.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:20-CV-00747-TLN-BAM<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS** |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:18-cv-00496-TLN-BAM |

| EDUARDO QUINTANAR, JR., | Case No. 1:18-cv-01403-TLN-BAM |
|---|---|
| Plaintiffs, | |
| vs. | |
| COUNTY OF STANISLAUS, ET AL. | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the parties:

1. The page limit for Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) Motions to Dismiss is extended to twenty-five (25)

**IT IS SO ORDERED.**

Dated: March 29, 2022

Troy L. Nunley
United States District Judge

Joint Stip. and Order to Extend Page Limit for Plfs.' Opp. to Defs.' Mtns. to Dismiss

3

Case No. 1:20-CV-00747-TLN-BAM
Case No. 1:18-CV-00496-TLN-BAM
Case No. 1:18-CV-01403-TLN-BAM