1  **PORTER | SCOTT**
2  A PROFESSIONAL CORPORATION
   John R. Whitefleet, SBN 213301
3  jwhitefleet@porterscott.com
   Jennifer L. Thompson, SBN 337107
4  jthompson@porterscott.com
   2180 Harvard Street, Suite 500
5  Sacramento, California 95815
   TEL: 916.929.1481
6  FAX: 916.927.3706
7
8  Attorneys for Defendants COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN
9

10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| EDUARDO QUINTANAR, JR., | CASE NO. 1:18-CV-01403-DJC-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |
| v. | |
| COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSEN, CORY BROWN, JON EVERS, and DOES 1-10, inclusive, | |
| Defendants. | |

22      IT IS HEREBY STIPULATED by and between Plaintiff EDUARDO QUINTANAR, JR ("Plaintiff") and Defendants COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, and CORY BROWN ("Defendants"), by and through their undersigned counsel, that the time for Defendants herein to respond to the Third Amended Complaint shall be extended up to and including October 10, 2023.

        This Extension does not exceed the twenty-eight (28) days allowed under the Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties.

**IT IS SO STIPULATED.**

Dated:  September 29, 2023       PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By    /s/John R. Whitefleet
                                     John R. Whitefleet
                                     Jennifer L. Thompson
                                     Attorneys for Defendants COUNTY OF
                                     STANISLAUS, BIRGIT FLADAGER,
                                     MARLISA FEREIRA, DAVID HARRIS,
                                     KIRK BUNC, STEVE JACOBON, CORY
                                     BROWN

Dated:  September 29, 2023       GWILLIAM, IVARY, CHIOSSO, CAVALLI
                                 & BREWER


                                 By    /s/ Jayme L. Walker (auth'd on 9/27/23)
                                     Jayme L. Walker
                                     J. Gary Gwilliam
                                     Attorneys for Plaintiff
                                     EDUARDO QUINTANAR, JR.


**IT IS SO ORDERED.**


 Dated:  September 29, 2023       /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE